ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IV

| ESTADO LIBRE ASOCIADO DE PUERTO RICO; ADMINISTRACIÓN DE VIVIENDA PÚBLICA<br><br>Parte Recurrida<br><br>v.<br><br>MAGGIE ROBLES MALAVÉ<br><br>Parte Peticionaria | KLCE202301376 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Civil Núm.: SJ2018CV10756<br><br>Sobre: Desahucio en precario por la vía sumaria y cobro de dinero |
|---|---|---|

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, la Jueza Rivera Marchand y el Juez Rodríguez Flores.

**SENTENCIA**

En San Juan, Puerto Rico, a 19 de diciembre de 2023.

El 6 de diciembre de 2023, la señora Maggie Robles Malavé presentó un recurso de *certiorari* solicitando la revocación de una orden de lanzamiento emitida por el Tribunal de Primera Instancia el 6 de junio de 2023[1].

El dictamen recurrido declaró ha lugar una moción presentada por la Administración de Vivienda Pública para que se llevara a cabo el correspondiente lanzamiento de la señora Robles Malavé, conforme a la *Sentencia* dictada el 2 de enero de 2019, en el caso SJ2018CV10756, sobre Desahucio en Precario por la vía Sumaria y cobro de Dinero. La *Sentencia* antes mencionada es una final y firme.

Así las cosas, el 12 de diciembre de 2023, la señora Robles Malavé presentó una moción en auxilio de nuestra jurisdicción. En

---

[1] La orden fue dejada sin efecto el 7 de septiembre de 2023, pero fue reactivada el 19 de octubre de 2023. De esta reactivación se pidió reconsideración la cual fue denegada el 5 de noviembre de 2023 y notificada el 7 de noviembre de 2023.

síntesis, solicitó la paralización del procedimiento de lanzamiento, alegando un daño irreparable para ella y su hijo discapacitado. El 11 de diciembre de 2023, emitimos Resolución para que la Administración de Vivienda Pública (AVP) presentara su postura en cuanto a la expedición del recurso.

El 15 de diciembre de 2023, la AVP por conducto del Procurador General de Puerto Rico, compareció en cumplimiento de Resolución. En su comparecencia informó y citamos:

> "[L]a AVP, a través de su agente administrador, ha determinado no continuar con el proceso de lanzamiento en contra de la señora Robles Malavé **en el presente caso**. Es decir, la agencia no proseguirá con los procedimientos conducentes ante el foro primario para hacer cumplir la Sentencia final y firme emitida el 2 de enero de 2019, notificada el 4 de enero de 2019." (Énfasis en el original).

## II.

Resulta indudable que la AVP, **desiste de continuar con los procedimientos post sentencia (lanzamiento) iniciados ante el Tribunal de Primera Instancia** el 31 de mayo de 2023, contra la señora Maggie Robles Malavé en el caso SJ2018CV10756 con Sentencia del 2 de enero de 2019. El efecto real de esta determinación es la pérdida de la eficacia de la solicitud de lanzamiento presentada por AVP y de su correspondiente *Orden y Mandamiento*[2].

Visto lo anterior, resulta forzoso concluir que la controversia del recurso que nos ocupa se ha tornado académica.

Por último, apercibimos a la señora Robles Malavé que el desistimiento de la AVP no puede ser interpretado como una renuncia a la función reglamentaria y de fiscalización que tiene la entidad gubernamental. Es decir, la AVP se reservó presentar en el futuro y nuevamente ante el Tribunal de Primera Instancia

---

[2] Expedida por el Tribunal de Primera Instancia el 6 de junio de 2023 y reactivada el 19 de octubre de 2023.

cualquier recurso judicial y administrativo necesario, para garantizar el fiel cumplimiento de los contratos de arrendamiento que se suscriben con la AVP y reglamentación aplicable.

III.

Por los fundamentos antes mencionados, se desestima por académico de conformidad a la Regla 83(C) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(C).

**Notifíquese.**

Lo acuerda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones